# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Thomas F. Reiser, Jr., et al.<br>*Plaintiff*<br>v.<br>Marriott Vacations Worldwide Corporation<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:16-cv-00237-MCE-CKD |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Thomas F. Reiser, Jr. and Linda T. Reiser, et al.

Date: April 5, 2016

*Attorney's signature*

Michael J. Reiser, SBN 133621
*Printed name and bar number*

961 Ygnacio Valley Road
Walnut Creek, CA 94596
*Address*

reiserlaw@gmail.com
*E-mail address*

(925) 256-0400
*Telephone number*

(925) 476-0304
*FAX number*