UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS F. REISER JR. and LINDA T. REISER, individually and as Trustees of the Tom and Linda Reiser Living Trust Dated June 20, 2006; KEITH BRIAR and BEVERLY BRIAR, individually and as Trustees of the Keith and Beverly Briar Family Trust Dated December 21, 2004; ANTHONY J. BATES, individually and as Trustee of the Anthony J. Bates Revocable Trust; AL BRENDE; SHANNON FRAZIER and RUSSELL FRAZIER, individually and as Trustees of the Frazier Family Revocable Trust Dated January 30, 2008; JASON M. GIRZADAS and VIRGINIA H. GIRZADAS; GEORGE M. HEWITT and ROSE A. HEWITT; BRETTON H. JAMESON and AMY M. JAMESON; BRENT JONES and DANA JONES, individually and as Trustees of the 1990 Jones Living Trust; JENNIFER KAPLAN and ALEXANDER BUSANSKY; STEPHEN F. LIM; MICHAEL LUNDAHL and VERLYN LUNDAHL; MARK MARKLAND and TRICIA MARKLAND, individually and as Trustees of the Markland Family Trust; CRAIG MATTSON; RICHARD T. McGREW; SUSAN L. MOYER, individually and as Trustee of the Susan Moyer Living Trust; CURTIS W. OTTLEY and JENNIFER OTTLEY; CHARLES F. PERRELL and ELIZABETH A. GUILLAUMIN, individually and as Trustees of the Charles F. Perrell and Elizabeth A. Guillaumin Living Trust Dated June 26, 1998; CORNELIUS H. TIEBOUT and JULIE A. TIEBOUT, individually and as Trustees of the Tiebout Family Trust; CRAIG S. TYSDAL and JANET S. | Case No. 2:16-cv-00237-MCE-CKD<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>[Joint Motion and Stipulation to Amend Scheduling Order Filed Herewith] |

| | |
|---|---|
| TYSDAL, individually and as Trustees of the Tysdal Family Living Trust; ANNETTE WELTON and PATRICK WELTON, individually and as Trustees of the Welton Family Trust; and GREGORY YONKO and JANICE YONKO, individually and as Trustees of the Yonko Family Living Trust, | |
| Plaintiffs, | |
| v. | |
| MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation; MARRIOTT OWNERSHIP RESORTS, INC., a Delaware corporation d.b.a. Marriott Vacation Club International; RITZ-CARLTON DEVELOPMENT COMPANY, INC., a Delaware corporation; RITZ-CARLTON SALES COMPANY, INC., a Delaware corporation; RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company; THE COBALT TRAVEL COMPANY, LLC, a Delaware limited liability company; and DOES 1 THROUGH 50, | |
| Defendants. | |

Based on the parties' Stipulation, and god cause appearing, the Court finds that good cause exists to amend the May 3, 2016 Initial Pretrial Scheduling Order in this matter (ECF No. 18) to extend the fact discovery deadline to January 13, 2017. All other deadlines set forth in said Initial Pretrial Scheduling Order, to the extent they are based on the fact discovery deadline, are hereby recalculated using the extended January 13, 2017 date as the proper point of reference.

**IT IS SO ORDERED.**

Dated: June 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE