UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS F. REISER JR., *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, *et al.*,<br><br>          Defendants. | Case No. 2:16-cv-00237-MCE-CKD<br><br>**ORDER**<br><br>[Joint Motion and Stipulation to Amend Scheduling Order Filed Herewith] |

Based on the parties' Stipulation, and good cause appearing, Court's Initial Pretrial Scheduling Order (ECF No. 18) is hereby modified so as to extend the fact discovery deadline from January 13, 2017 to July 12, 2017.  All other deadlines set forth in the Scheduling Order shall be adjusted in accordance with the continued July 12, 2017 deadline for completing fact discovery.

**IT IS SO ORDERED.**

Dated:  December 8, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

ORDER