UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER B. EHRLICH, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, *et al.*,<br><br>                Defendants. | Case No. 2:17-cv-00952-MCE-CKD<br><br>**ORDER** |

Having reviewed the parties Joint Motion to Consolidate Cases (ECF No. 14), and good cause appearing, said Motion is GRANTED. *Reiser, et al. v. Marriott Vacations Worldwide Corporation, et al.* (2:16-cv-00237-MCE-CKD)*, Bhagat, et al. v. Marriott Vacations Worldwide Corporation, et al.* (E.D. Cal. Case No. 16-cv-01465-MCE-CKD), and *Ehrlich, et al. v. Marriott Vacations Worldwide Corporation, et al.* (E.D. Cal. Case No. 17-cv-00952- MCE-CKD) are therefore consolidated under the *Reiser* caption. In addition, the Scheduling Order in *Reiser* (which now governs all three consolidated cases), is hereby modified to extend the fact discovery end date to December 15, 2017.

**IT IS SO ORDERED.**

DATED: July 14, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

ORDER