UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS F. REISER, JR., et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,<br><br>            Defendants. | No. 2:16-cv-00237-MCE-CKD<br><br>**AMENDED ORDER OF CONSOLIDATION** |
| ARJUN BHAGAT, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,<br><br>            Defendants. | **No. 2:16-cv-01465-MCE-CKD** |

*See case caption on next page*

1

|   |   |
|---|---|
| CHRISTOPHER B. EHRLICH, et al., | **2:17-cv-00952-MCE-CKD** |
| Plaintiffs, | |
| v. | |
| MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al., | |
| Defendants. | |

After review of the Amended Joint Motion to Consolidate Cases, the Court makes the following orders:

1. Pursuant to Red. R. Civ. P. 42, the actions denominated as Thomas F. Reiser, Jr., et al. v. Marriott Vacations Worldwide Corporation, et al., 2:16-cv-00237-MCE-CKD, Arjun Bhagat, et al. v. Marriott Vacations Worldwide Corporation, et al., No. 2:16-cv-01465-MCE-CKD, and Christopher B. Ehrlich, et al., v. Marriott Vacations Worldwide Corporation, et al., No. 2:17-cv-00952-MCE-CKD, are consolidated;

2. Case No. 2:16-cv-00237-MCE-CKD, Thomas F. Reiser, Jr., et al. v. Marriott Vacations Worldwide Corporation, et al., is designated as the "master file";

3. The Clerk of the Court is directed to add all complaints and answers filed in Arjun Bhagat, et al. v. Marriott Vacations Worldwide Corporation, et al., No. 2:16-cv-01465-MCE-CKD, and Christopher B. Ehrlich, et al., v. Marriott Vacations Worldwide Corporation, et al., No. 2:17-cv-00952-MCE-CKD to the master case;

2

   4. The Clerk of the Court is directed to administratively close cases <u>Arjun Bhagat, et al. v. Marriott Vacations Worldwide Corporation, et al.</u>, No. 2:16-cv-01465-MCE-CKD, and <u>Christopher B. Ehrlich, et al., v. Marriott Vacations Worldwide Corporation, et al.</u>, No. 2:17-cv-00952-MCE-CKD;

   5.  The parties are directed to file all future pleadings, motions and other filings ONLY in the master case, No. 2:16-cv-00237-MCE-CKD.

   IT IS SO ORDERED.

Dated:   July 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE