MICHAEL J. REISER, ESQ. (SBN 133621)
LILIA BULGUCHEVA, ESQ. (SBN 291374)
REISER LAW P.C.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596
Telephone: (925) 256-0400
Facsimile:  (925) 476-0304
Email: reiserlaw@gmail.com
Email: lilia.reiserlaw@gmail.com

TYLER R. MEADE, ESQ. (SBN 160838)
SAM FERGUSON, ESQ. (SBN 270957)
THE MEADE FIRM P.C.
1816 Fifth Street
Berkeley, CA 94710
Telephone: (510) 843-3670
Facsimile:  (510) 843-3679
Email: tyler@meadefirm.com
Email: melissa@meadefirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THOMAS F. REISER JR., *et al.,* | Case No. 2:16-CV-00237-MCE-CKD |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS RAISED BY PLAINTIFF JOSEPH TAN** |
| v. | |
| MARRIOTT VACATIONS WORLDWIDE CORPORATION, *et al.*, | |
| Defendants. | |

*STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS OF PLAINTIFF JOSEPH TAN*

NY 246750180v1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Joseph Tan, one of the Plaintiffs in *Reiser, et al. v. Marriott Vacations Worldwide Corp., et al.*, Case No. 2:16-CV-00237-MCE-CKD, stipulates to a dismissal of his claims—and only his claims—with prejudice, and Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Development Company, Inc., Ritz-Carlton Sales Company, Inc., Ritz-Carlton Management Company, LLC, And The Cobalt Travel Company, LLC, (collectively, "Defendants") stipulate to the dismissal of his claims with prejudice. The parties to this stipulation (*i.e.*, Mr. Tan and Defendants) shall bear their own attorneys' fees and costs.

This stipulation shall not affect the claims asserted by the other Plaintiffs.

**IT IS SO STIPULATED.**

DATED:  September 8, 2017        Respectfully submitted,

LAW OFFICE OF MICHAEL J. REISER

THE MEADE FIRM P.C.

By: /s/ Tyler Meade
      TYLER MEADE
      Attorneys for Plaintiffs

DATED:  September 8, 2017        GREENBERG TRAURIG, LLP

By: /s/ Ian S. Marx
      IAN S. MARX
      Attorneys for Defendants Marriott Vacations
      Worldwide Corporation, Marriott Ownership
      Resorts, Inc., The Ritz-Carlton Development
      Company, Inc., The Ritz-Carlton Sales Company,
      Inc., The Ritz-Carlton Management Company, LLC,
      and The Cobalt Travel Company, LLC