# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS F. REISER JR., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-00237-MCE-CKD<br><br>**ORDER**<br><br>[Joint Motion and Stipulation to Amend Scheduling Order Filed Herewith]<br><br>DEPT: Courtroom 7<br>JUDGE: Hon. Morrison C. England, Jr. |

Based on the parties' Stipulation, the Court finds that good cause appears to amend the Pretrial Scheduling Order to extend the fact discovery deadline to March 15, 2018, and to adjust all other deadlines based on the fact discovery deadline accordingly.

**IT IS SO ORDERED.**

**Dated: December 4, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE