# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS F. REISER JR. and LINDA T. REISER, individually and as Trustees of the Tom and Linda Reiser Living Trust Dated June 20, 2006, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation, *et al.*,<br><br>Defendants. | No. 2:16-cv-00237-MCE-CKD<br><br>(Consolidated Case)<br><br>**ORDER**<br><br>[Defendants' *Ex Parte* Application to Issue Amended Scheduling Order Filed Herewith] |

Having reviewed Defendants' *Ex Parte* Application to Issue Amended Scheduling Order and Plaintiffs' Response to that Application, the Court finds that good cause appears to amend the Pretrial Scheduling Order to extend the fact discovery deadline to May 14, 2018, and to adjust all other deadlines based on the fact discovery deadline accordingly.

**IT IS SO ORDERED.**

Dated: March 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-
ORDER