KURT A. KAPPES (SBN 146384)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com

PHILIP R. SELLINGER (SBN 226468)
IAN S. MARX
(admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
500 Campus Drive
Florham Park, NJ 07932-0677
Telephone: (973) 360-7918
Facsimile: (973) 295-1318
sellingerp@gtlaw.com

Attorneys for Defendants
Marriott Vacations Worldwide Corporation,
Marriott Ownership Resorts, Inc., The Ritz-Carlton
Development Company, Inc., The Ritz-Carlton Sales
Company, Inc., The Ritz-Carlton Management Company,
LLC, and The Cobalt Travel Company, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS F. REISER JR. AND LINDA T. REISER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation, et al,<br><br>Defendants. | Case No. 2:16-cv-00237-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER REGARDING DISMISSAL OF CONSOLIDATED ACTIONS WITH PREJUDICE** |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the below-listed remaining plaintiffs (collectively, "Plaintiffs") and defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Development Company, Inc., The Ritz-Carlton Sales Company, Inc., The Ritz-Carlton Management Company, L.L.C., and The Cobalt Travel Company, LLC (collectively, "Defendants") stipulate to a dismissal of the entire Consolidated Actions[1], including any and all claims related to the Plaintiffs' fractional interests and The Ritz-Carlton, Lake Tahoe asserted or could have been asserted in the Consolidated Actions, against all Defendants with prejudice. Unless otherwise agreed to by the parties, each of the parties shall bear their own attorneys' fees and costs:

1. Thomas F. Reiser, Jr., an individual; Linda T. Reiser, an individual; Thomas F. Reiser, Jr. and Linda T. Reiser, as Trustees of the Tom and Linda Reiser Trust dated June 6, 2006; Keith A. Briar, an individual; Beverly C. Briar, an individual; and Keith A. Briar and Beverly C. Briar, as Trustees of the Briar Family Trust UAD 12/21/04

2. Anthony J. Bates, an individual; and Anthony J. Bates, as Trustee of The Anthony J. Bates Revocable Trust dated December 28, 2007

3. Al P. Brende, an individual;

4. Russell D. Frazier, an individual; Shannon M. Frazier, an individual; and Russell D. Frazier and Shannon M. Frazier, as Trustees of the Frazier Family Revocable Trust, Dated January 30, 2008

5. Jason Michael Girzadas, an individual; and Virginia Harley Girzadas

6. George Michael Hewitt, an individual; and Rose A. Hewitt, an individual

7. Bretton H. Jameson, an individual; and Amy M. Jameson, an individual

8. Brent M. Jones, an individual; Dana Jones, an individual; and Brent M. Jones and Dana Jones, as Trustees of the Jones 1990 Living Trust dated July 27, 1990

9. Jennifer Kaplan, an individual; and Alexander H. Busansky, an individual

10. Stephen F. Lim, an individual

11. Michael Lundahl, an individual; and Verlyn Lundahl, an individual

---

[1] The consolidated actions consist of: (1) *Thomas F. Reiser, Jr., et al. v. Marriott Vacations Worldwide Corporation, et al.*, assigned lead Case No. 2:16-cv-00237-MCE-CKD, filed on February 5, 2016, (2) *Arjun Bhagat, et al. v. Marriott Vacations Worldwide Corporation, et al.*, Case No. 2:16-cv-01465-MCE-CKD, filed on June 28, 2017; and (3) *Christopher B. Ehrlich, et al., v. Marriott Vacations Worldwide Corporation, et al.*, Case No. 2:17-cv-00952-MCE-CKD, filed on May 15, 2017 (collectively, the "Consolidated Actions").

12. Mark Markland, an individual; Tricia Markland, an individual; and Mark Markland and Tricia Markland, as Trustees of the Markland Family Trust, dated September 7, 1995

13. Craig Mattson, an individual

14. Susan L. Moyer, an individual; and Susan L. Moyer, as Trustee of the Susan Moyer Revocable Living Trust Dated April 18, 2005

15. Curtis Wayne Ottley, an individual; and Jennifer Ottley, an individual

16. Charles F. Perrell, an individual; Elizabeth A. Guillaumin, an individual; Charles F. Perrell and Elizabeth A. Guillaumin, as Trustees of The Charles F. Perrell & Elizabeth A. Guillaumin Living Trust dated June 26, 1998

17. Cornelius H. Tiebout, an individual; Julie A. Tiebout, an individual; and Cornelius H. Tiebout and Julie A. Tiebout, as Trustees of the Tiebout Family Trust, dated February 13th, 2003

18. Annette Leah Welton, an individual; Patrick Lloyd Welton, an individual; and Annette Leah Welton and Patrick Lloyd Welton, as Trustees of the Welton Family Trust, dated January 28, 1992

19. Gregory S. Yonko, an individual; Janice Yonko, an individual; and Gregory S. Yonko and Janice Yonko, as Trustees of The Yonko Family Living Trust, Dated April 27, 2004

20. Arjun Bhagat, an individual; Anita Manwani Bhagat, an individual; and Arjun Bhagat and Anita Manwani Bhagat, as Trustees of the Bhagat Family Trust, Dated March 24, 1995

21. Jay A Morgeson, an individual; and Donna L Morgeson, an individual

22. Christopher Band Ehrlich, an individual; and Sara Fried Ehrlich

IT IS SO STIPULATED:

DATED: January 4, 2019                REISER LAW p.c.

                                      THE MEADE FIRM P.C.


                                      By: /s/Tyler Meade
                                          Tyler Meade, Esq.
                                          Attorneys for Plaintiffs

DATED: January 7, 2019                GREENBERG TRAURIG, LLP


                                      By: /s/ Ian Marx
                                          Kurt A. Kappes, Esq.
                                          Philip R. Sellinger, Esq.
                                          Ian S. Marx, Esq.
                                          Attorneys for Defendants

Based on the stipulation of the parties, it is hereby ordered that the entire Consolidated Actions, including any and all claims related to the Plaintiffs' ownership interests asserted in the Consolidated Actions, are hereby dismissed with prejudice, with Plaintiffs and Defendants to bear their own costs and attorneys' fees. The matter having now been concluded in its entirety, the Clerk of court is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE